**Attorney general ex rel. ROBERT CLARK, HENRY DISBROW, OLIVER JOHNSON, AND DANIEL S. BACON** *versus* **JEREMIAH LAWRENCE, HIRIAM BROWN, EZEKIEL A. PELTIER, EDWARD D. ELLIS, PETER P. FERRY, ANTHONY L. BRIGGS, AND ETHEL BURCH.**

JOURNAL ENTRIES (1828): *Journal 4:* (1) Rule to show cause against exhibiting information *p. 185.

PAPERS IN FILE: [None]

**RANDALL S. RICE** *versus* **COLEMAN FUNSTON (COLEMAN FUNSTON AND JOSEPH ANDRÉ, DIT CLARK, APPELLANTS).**

JOURNAL ENTRIES (1828–30): *Journal 4:* (1) Rule to join in error *p. 186; (2) continued *p. 241; (3) judgment reversed *p. 335; (4) cause remanded *p. 351.

PAPERS IN FILE: (1) Affidavit and petition for writ of error, fiat; (2) writ of error, transcript of record including bill of exceptions; (3) assignment of errors; (4) joinder in error.

*1824–36 Calendar*, MS p. 158. Recorded in *Book C*, MS pp. 196–201.

**IN THE MATTER OF ZIBA SWAN, JR.**

JOURNAL ENTRIES (1828): *Journal 4:* (1) Motion for mandamus *p. 191; (2) rule to show cause *p. 198.

PAPERS IN FILE: (1) Motion for rule to show cause against mandamus; (2) transcript of record of county court.

*1824–36 Calendar*, MS p. 163.

**WILLIAM THRALL** *versus* **JOHN ALLEN.**

JOURNAL ENTRIES (1828–30): *Journal 4:* (1) Continued *p. 191; (2) continued *p. 239; (3) rule to join in error *p. 334; (4) judgment reversed *p. 414.

PAPERS IN FILE: (1) Affidavit for certiorari, allocatur; (2) writ of certiorari; (3) return to writ of certiorari, assignment of errors; (4) assignment of errors; (5) notice of intention to apply for writ of certiorari.

*1824–36 Calendar*, MS p. 131. Recorded in *Book C*, MS pp. 285–8.

**LEVI HISCOCK** *versus* **DANIEL BROWN.**

JOURNAL ENTRIES (1828–33): *Journal 4:* (1) Continued *p. 193; (2) rule to join in error, continued *p. 240; (3) rule to join in error extended *p. 414; (4) motion for judgment *p. 438. *Journal 5:* (5) Judgment reversed *p. 15.

PAPERS IN FILE: (1) Petition and affidavit for writs of error and supersedeas, allocatur; (2) transcript of record of county court; (3) assignment of errors; (4) motion for judgment for want of joinder.

*1824–36 Calendar*, MS p. 134.